ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted June 26, 2006; decided June 29, 2006

Motion by City of New York et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON J. BOLLING, Appellant.

Submitted June 12, 2006; decided June 29, 2006

Motion for assignment of counsel granted and Edward J. Nowak, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS GILLIAN, Appellant.

Submitted June 26, 2006; decided June 29, 2006

Motion for assignment of counsel granted and Steven A. Feldman, care of Feldman & Feldman, 626 EAB Plaza—West Tower, 6th Floor, Uniondale, New York 11556, assigned as counsel to the appellant on the appeal herein.